1:05-cv-00080-WHB Doc #: 74-18 Filed: 06/04/07 1 of 7. PageID #: 665



# CORROSION OF STEEL IN CONCRETE

## UNDERSTANDING, INVESTIGATION AND REPAIR

### JOHN P. BROOMFIELD



Taylor & Francis
Taylor & Francis Group

# Corrosion of Steel in Concrete
## *Understanding, investigation and repair*

John P. Broomfield



**Taylor & Francis**
Taylor & Francis Group
LONDON AND NEW YORK

First published 1997 by Taylor & Francis

Reprinted 1998 by Taylor & Francis, an imprint of Routledge
2 Park Square, Milton Park, Abingdon, Oxon, OX14 4RN
270 Madison Ave, New York NY 10016

Transferred to Digital Printing 2005

© 1997 John P. Broomfield

Typeset in 10/12pt Palatino by Acorn Bookwork, Salisbury, Wiltshire

All rights reserved. No part of this book may be reprinted
or reproduced or utilized in any form or by any electronic,
mechanical, or other means, now known or hereafter
invented, including photocopying and recording, or in any
information storage or retrieval system, without permission
in writing from the publishers.

*British Library Cataloguing in Publication Data*
A catalogue record for this book is available from the British Library

*Library of Congress Cataloguing in Publication Data*
A catalogue record for this book is available from the Library of Congress

ISBN 0–419–19630–7

Printed and bound by Antony Rowe Ltd, Eastbourne

# Glossary

These definitions are not full, accurate scientific or dictionary definitions and may be incomplete if used outside the context of the subject of corrosion of steel in concrete.

**Acid**   A solution that (among other things) attacks steel and other metals and reacts with alkalis forming a neutral product and water.

**Alkali**   A solution that (among other things) protects steel and other metals from corrosion and reacts with acids forming a neutral product and water.

**Anode**
1. The site of corrosion in an aqueous corrosion cell (a combination of anodes and cathodes).
2. An external component introduced into a cathodic protection system to be the site of the oxidation (q.v.) reaction and prevent corrosion of the metal object to be protected.
3. The positive pole of a simple electrical cell (battery).

**Carbonation**   The process by which carbon dioxide ($CO_2$) in the atmosphere reacts with water in concrete pores to form carbonic acid and then reacts with the alkalis (q.v.) in the pores, neutralizing them. This can then lead to the corrosion of the reinforcing steel.

**Cathode**
1. The site of a charge balancing reaction in a corrosion cell.
2. The protected metal structure in a cathodic protection system.
3. The negative pole of a simple electrical cell (battery).

**Cathodic protection**   A process of protecting a metal object or structure from corrosion by the installation of a sacrificial anode (q.v.)

xviii                            *Glossary*

or impressed current system that makes the protected object a cathode (q.v.) and thus resistant to corrosion.

**Cathodic protection anode**   A cathodic protection anode for steel in concrete can be a conductive paint or other conductive material that will adhere to concrete, or a metal mesh or other conductive material that can be embedded in a concrete overlay on the surface of the structure to be protected. Anodes may be impressed current or sacrificial.

**Cement (paste)**   Portland cement is a mixture of alumina, silica, lime, iron oxide and magnesia ground to a fine powder, burned in a kiln and ground again. Cement paste is the binding agent for mortar and (Portland cement) concrete after hydration.

**Chloride**   The negative ion (q.v.) in salt (sodium chloride), found in sea salt, deicing salt and calcium chloride admixture for concrete. Chloride ions promote corrosion of steel in concrete but are not used up by the process so they can concentrate and accelerate corrosion.

**Chloroaluminates**   Chemical compounds formed in concrete when chlorides combine with the $C_3A$ in the hardened cement paste. These chlorides are no longer available to cause corrosion. Sulphate resisting cements have a low $C_3A$ content and are more prone to chloride induced corrosion than normal Portland cement based concretes.

**Concrete**   Ordinary Portland cement concrete is a mixture of cement (q.v.), fine and coarse aggregates and water. The water reacts with the cement to bind the aggregates together.

**Corrosion**   The process by which a refined metal reverts back to its natural state by an oxidation reaction with the non-metallic environment (e.g. oxygen and water).

**Galvanic action**   The consequence of coupling together two dissimilar metals in a solution. The most active one will become an anode and corrode. A current will pass between them. Galvanic action drives electric batteries (single cells). It is used to stop corrosion by applying zinc to steel (galvanizing), and in sacrificial anode cathodic protection.

**Half cell**   Usually a pure metal in a solution of (fixed) concentration. The half reaction of the metal ions dissolving and reprecipitating creates a steady potential when linked to another half cell. Two half cells make an electrochemical cell that can be a model for corrosion or

A comparison of monitoring techniques and of the merits and limitations of impressed current cathodic protection systems is given at the end of the chapter.

### 6.2.3 The history of cathodic protection of steel in concrete

The principles of sacrificial anode cathodic protection were discovered by Sir Humphrey Davy in 1824. His results were used over the next century or so to protect the submerged metallic parts of ships from corrosion. In the early decades of the 20th century the technology was applied to underground pipelines. When it was found that the soil resistance was too high, impressed current cathodic protection was developed.

The problem of corrosion of steel in concrete was first ascribed to stray current flows from trams and DC railway systems (Hime, 1994). Once chloride, in the form of deicing salt, was identified as the major culprit (when trams disappeared but corrosion increased), an enterprising engineer in the California Department of Transportation (Caltrans) took a standard pipeline cathodic protection design and 'flattened it out' on a bridge deck.

The system was straightforward. One of the popular impressed current pipeline cathodic protection anodes of that time was made of a corrosion resistant silicon iron, surrounded by a carbon cokebreeze backfill. A well was dug near the pipeline, the anode put in surrounded by the backfill and the system connected to a DC power supply, with the negative terminal connected to the pipeline to make a cathodic protection system. Richard Stratfull took 'pancake' silicon iron anodes, fixed them on a bridge deck and applied a carbon cokebreeze asphalt overlay (Stratfull, 1974). The systems installed in 1973 and 1974 were reviewed in 1989 and were still working (Broomfield and Tinnea, 1992).

The author conducted some of the earliest research in the UK for the UK DoT on conductive coatings for cathodic protection (Geoghegan *et al.*, 1985). The first UK trial was designed and installed by the author on Melbury House above Marylebone Station in London for British Rail in 1984. This included remote control and monitoring by modem link (Broomfield *et al.*, 1987).

Four trial systems were designed and installed in 1987 for the UK DoT on the Midland Links motorway system around Birmingham, Britain's second largest city. Those systems are still running (in 1996) and about 100 cross-beams have been protected (Unwin and Hall, 1993) with a further 400 or more expected to be protected on the Midland Links before the year 2000. Early systems were also designed by the author in 1986–7 and were installed on bridges and buildings in Hong

116          *Electrochemical repair techniques*

Kong and marine structures in Australia. There is now a large number of systems on bridges and other structures in the Middle East.

By the early 1990s a major UK based installer of cathodic protection systems had installed over 20 000 $m^2$ on about 12 structures, mainly in the UK and the Middle East. In 1990–91 they installed about 11 000 $m^2$. A major UK consultant on cathodic protection for reinforced concrete has overseen the installation of about 64 000 $m^2$ on about 24 structures in the UK and the Far East. The largest anode manufacturer, Elgard Corporation, has supplied over 400 000 $m^2$ world wide including 60 car parks and 400 systems on bridges and tunnels (1993 figures).

Since those first systems were applied in the 1970s systems have been developed and applied to bridge decks, substructures and other elements, buildings, wharves, and every conceivable type of reinforced concrete structure suffering from corrosion of the reinforcing steel. Systems have also been applied to steel in mortar in stone clad structures.

Anodes have been developed in the form of conductive coatings, metals embedded in concrete overlays, conductive concrete overlays and probes drilled into the concrete. Anodes continue to be developed, applied in new configurations and to new structures. In the next section we will discuss the major components of the cathodic protection system, and particularly the anode systems that are available as these are the most prominent part of the cathodic protection system. Judicious choice of cathodic protection anode can maximize the cost effectiveness of the system.

The reason for choosing cathodic protection is almost always cost effectiveness. The cathodic protection system prevents corrosion across the whole of the protected area of the structure, unlike localized patch repairs. If repeated cycles of patch repairs are too expensive or unacceptable, then a properly maintained cathodic protection will usually work out as more cost effective in the long term. If the structure only has a short-term future and patch repairing is acceptable and inexpensive, then cathodic protection is not usually a suitable option.

## 6.3 THE COMPONENTS OF AN IMPRESSED CURRENT CATHODIC PROTECTION SYSTEM

The essential elements of a conventional impressed current cathodic protection system are discussed below.

The cathode is the the reinforcing steel to be protected. It must be continuous, i.e. electrically interconnected to allow current flow, and separated from the anode by an electrolyte (the pore water). If it is not electrically continuous then it must be made so by adding rebars, wiring or welding elements together. If there are 'shorts' to the anode