# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **THE EUCLID CHEMICAL CO.,** | ) | **CASE NO.1:05CV080** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| | ) | |
| Vs. | ) | |
| | ) | |
| **VECTOR CORROSION** | ) | **ORDER** |
| **TECHNOLOGIES, LTD. ET AL.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**CHRISTOPHER A. BOYKO, J:**

The Court, having reviewed the parties' motions for summary judgment and in consideration of the complexities inherent in patent disputes and the importance of the Court's construction of the disputed claims, finds it will require a hearing in accordance with *Markman v. Westview Instruments,* 517 U.S. 370 (1996) to adequately address the claims at issue. Therefore, the Court will continue the trial set for October 9, 2007 and will hold a hearing on the disputed claims on that date. The Court further requires parties to provide the Court with alternate claim charts containing the disputed claims and the parties' interpretation of each of the disputed claims. The chart shall be provided the Court no later than October 4, 2007. Parties shall submit to the Court a list of experts, if any, intended to testify on the disputed claim

interpretation.  Parties shall also file short briefs (no more than 10 pages) outlining their respective positions on the disputed claims interpretation no later than October 4, 2007.  Upon conclusion of the *Markman* hearing, the Court will expedite its ruling on the disputed claims and remaining summary judgment motions and will set a new trial to be conducted at the earliest possible date.

       IT IS SO ORDERED.


     S/Christopher A. Boyko
     CHRISTOPHER A. BOYKO
     United States District Judge


September 27, 2007