UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| THE EUCLID CHEMICAL CO., | ) CASE NO. 1:05CV080 |
| Plaintiff(s), | ) JUDGE CHRISTOPHER A. BOYKO |
| v. | ) |
| VECTOR CORROSION TECHNOLOGIES, INC., ET AL. | ) |
| Defendant(s). | ) **JUDGMENT** |

The Court has filed its Memorandum Opinion in the above-captioned matter.

Accordingly, this action is terminated pursuant to Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.

FILED
DEC 1 2007
CLERK OF COURTS
U.S. DISTRICT COURT, N.D.O.

_____
HONORABLE CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE